IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE HILL, | : | |
|     Petitioner, | : | |
| | : | |
|     v. | : | CIVIL ACTION NO. 21-5176 |
| | : | |
| MORRIS HOUSER, *et al.*, | : | |
|     Respondents. | : | |

**ORDER**

**AND NOW** this 1st day of April, 2024, upon careful and independent consideration of the petition for writ of habeas corpus and accompanying memorandum of law, Attorney Brose's Motion to Withdraw as Counsel, Petitioner's Motion to Amend, and all responses thereto, and after review of the Report and Recommendation of United States Magistrate Judge Pamela A. Carlos, and Petitioner's objections thereto, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The First Motion to Withdraw as Counsel (Docket No. 24) is **GRANTED**;

3. Petitioner's Motion to Amend (Docket No. 28) is **DENIED**;

4. The Petition for Writ of Habeas Corpus is **DISMISSED** with prejudice and without an evidentiary hearing;

5. Petitioner's Motion to Request Immediate Conference Hearing (Docket No. 56) is **DENIED**;

6. There is no probable cause to issue a certificate of appealability; and

7. The Clerk of Court shall mark this case **CLOSED**.

                                                     BY THE COURT:

                                                     /s/ Jeffrey L. Schmehl
                                                     JEFFREY L. SCHMEHL